1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4
   ROBERT N. MICHAELS (PABN 200918)
5  Special Assistant United States Attorney

6      Defense Language Institute – Criminal Law
       1336 Plummer Street, Building 275
       Monterey, CA 93944
7      Telephone: (831) 242-4537

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                           SALINAS DIVISION
12
   UNITED STATES OF AMERICA,        )  CR-08 00319 PVT
13                                  )  Criminal No.
              Plaintiff,            )  VIOLATION: 18 U.S.C. §13, assimilating
14                                  )  California Vehicle Code §14601.1(a) –
       vs.                          )  Driving When Privilege Suspended or
15                                  )  Revoked for other Reasons
   HUGO C. CORRALES,                )
16                                  )
              Defendant.            )
17                                  )

18  _____

19                        I N F O R M A T I O N

20  The United States Attorney charges:

21  COUNT ONE: (18 U.S.C. §13, assimilating California Vehicle Code §14601.1 (a) – Driving
22              When Privilege Suspended or Revoked for other Reasons)

23      On or about 10 February 2008, at Fort Hunter Liggett, in the County of Monterey, in the

    Northern District of California, and within the special maritime and territorial jurisdiction of the
24
    United States, the defendant,
25
                                HUGO C. CORRALES,
26

                                        1

INFORMATION
United States of America v. Hugo C. Corrales

1  did unlawfully drive a motor vehicle upon a highway at a time when his driving privilege was
2  suspended and revoked for a reason other than one listed in Section 14601 and 14601.2 of the
3  Vehicle Code, and when he had knowledge of such suspension and revocation. This was in
4  violation of Title 18 United States Code, Section 13 Assimilating California Vehicle Code
5  14601.1(a), a Class B misdemeanor.

DATED: *May 8, 2008*

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: _____)
CPT Robert N. Michaels
SAUSA

INFORMATION
United States of America v. Hugo C. Corrales

```
≋AO 257                                                                                    PER 18 U.S.C. 3170
(Rev. 9/92)
```

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT |
|---|

BY  ☐ COMPLAINT   ☑ INFORMATION   ☐ INDICTMENT  | Name of District Court, and/or Judge/Magistrate Judge Location (City)
— Northern District of California —

**OFFENSE CHARGED**
See Attached

CR-08-00319 PVT

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT -- U.S. vs.**
▶ Hugo C. Corrales

Address: 22238 Criswell St.
Canoga Park, CA 91303

Birth Date: ☑ Male   ☐ Alien
☐ Female   (if applicable)
(Optional unless a juvenile)

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

*Filed MAY 2008 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

*E-FILING*

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense     SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under     MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District of California, FHL PD

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes," give date filed: Mo. / Day / Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. / Day / Year
DATE TRANSFERRED TO U.S. CUSTODY ⇨

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Lloyd on 4 August 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. HUGO C. CORRALES

**COUNT ONE:** 18 U.S.C., Sec. 13, assimilating CVC 14601.1(A) – Driving while suspended or revoked for DUI.

        Penalties:    Mandatory Minimum:
                              $300 fine

                        Maximum Penalties:
                              6 months imprisonment in county jail.
                              $1,000 fine